Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS LLP
3960 Howard Hughes Parkway, Suite 200
Las Vegas, NV 89169-5968
Tel: (702) 257-1997
Fax: (702) 257-2203
E-Mail: ssplaine@lgclawoffice.com

James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS ISRAEL & SHARTLE, L.L.P.
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Tel: (619) 758-1891
Fax: (877) 334-0661
E-mail jschultz@sessions.legal
*Attorneys for Defendant, EverChain LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EQUABLI, INC., | ) Case No.: 2:25-cv-01444-CDS-MDC |
| | ) |
| Plaintiff, | ) Stipulation and Order for Extension of |
| | ) Time to Respond to Complaint |
| -vs- | ) |
| | ) |
| EVERCHAIN LLC, | ) (FIRST REQUEST) |
| | ) |
| Defendant. | ) |

It is hereby stipulated by Plaintiff Equabli, Inc. and Defendant EverChain, LLC, through undersigned counsel, that EverChain may have an extension of time

1

to respond to the Complaint from August 28, 2025, through and until September 29, 2025.  This stipulation is made with respect to the following:

    1.    Plaintiff filed this action on August 6, 2025.

    2.    Plaintiff served the summons and complaint on EverChain on August 7, 2025, making the original response due date August 28, 2025.

    3.    Additional time is needed for defense counsel to evaluate the information necessary to respond to the Complaint.  The parties also intend to discuss potential early resolution of this claim. Further, on August 15, 2025, the parties filed a Stipulated Preliminary Injunction to the Court.

    6.    This stipulation is made in good faith and not for any purpose of delay.

///

///

///

///

///

///

///

///

///

7. On August 27, 2025, the parties agreed to an extension of time for EverChain to respond to the Complaint through, and until September 29, 2025.

| | |
|---|---|
| Dated: 8/27/25 | Dated: 8/27/25 |
| REISMAN SOROKAC | SESSIONS, ISRAEL & SHARTLE, L.L.P. |
| /s/ Louis E. Garfinkel, Esq. | /s/James K. Schultz, Esq. |
| Joshua H. Reisman, Esq. | James K. Schultz, Esq. |
| Nevada Bar No.: 7152 | Nevada Bar No. 10219 |
| Louis E. Garfinkel, Esq. | SESSIONS ISRAEL & SHARTLE, L.L.P. |
| Nevada Bar No.: 3416 | 1550 Hotel Circle North, Suite 260 |
| REISMAN SOROKAC | San Diego, CA 92108 |
| 8965 South Eastern Avenue, Suite 382 | Tel: (619) 758-1891 |
| Las Vegas, NV 89123 | Fax: (877) 334-0661 |
| Tel: (702) 727-6258 | E-mail: jschultz@sessions.legal |
| Fax: (702) 446-6756 | Attorneys for Defendant *EverChain LLC* |
| E-mail: jreisman@rsnvlaw.com | |
| E-mail: lgarfinkel@rsnvlaw.com | |
| Attorneys for Plaintiff *Equabli, Inc*. | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
Dated:   8-29-25