UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Equabli, Inc.,

Plaintiff

v.

EverChain LLC,

Defendant

Case No. 2:25-cv-01444-CDS-MDC

**Stipulated Preliminary Injunction**

Plaintiff Equabli, Inc. and defendant EverChain LLC, stipulate and agree to the entry of a Preliminary Injunction pursuant to Federal Rule of Civil Procedure 65(a) under the following terms:

**I.    Parties to the Preliminary Injunction**

As used herein, "EverChain" includes EverChain LLC, its officers, agents, servants, employees, attorneys, and any other person known or those that should be reasonably known to EverChain that had access to or derived any knowledge, information, ideas, or concepts within the scope of this preliminary injunction and who are supporting any EverChain platform, product, or service.

**II.    Scope of the Preliminary Injunction**

The scope of this preliminary injunction includes all confidential, proprietary, or trade secret information of Equabli, Inc., including, but not limited to, any information that was known or should be known to have been sourced, derived, obtained, or originated from information taken by Rebecca Taylor during her employment with Equabli.

**III.    Terms of the Preliminary Injunction**

The parties agree that at any time while this Preliminary Injunction is in force and effect, EverChain shall not and is enjoined from:

1. Directly or indirectly misappropriating, copying, transferring, using, or disclosing any of the information within the Scope of the Preliminary Injunction as described above.

2. By way of clarification and not a limitation, these restrictions extend to:

   a. directly or indirectly providing, offering, or servicing any EverChain platform that includes any information derived from the information within the Scope of the Preliminary Injunction as described above;

   b. bringing to market, advertising in any manner including, but not limited to, on its webpage or any social media account, supporting or making commercially available the EverChain Collect (formerly called Recover) platform or any other platform containing information or data within the Scope of the Preliminary Injunction as described above;

   c. EverChain will not bring to market or otherwise make EverChain Collect commercially available or provide similar functionality with any EverChain platform (including its Recovery Platform) at any time from the date of the entry of this preliminary injunction and will have seven days from the date of the entry of this preliminary injunction to remove any reference to EverChain Collect or similar functionality within any EverChain platform (including its Recovery Platform) from its website, social media accounts, and any other advertisement or marketing material;

   d. bringing to market, advertising in any manner including, but not limited to, on its webpage or any social media account, supporting or making commercially available the EverChain Intelligence product or any other product containing information or data within the Scope of the Preliminary Injunction as described above; and

2

e.  EverChain will not bring to market or otherwise make the EverChain Intelligence product commercially available or provide similar functionality with any EverChain platform (including its Recovery Platform) at any time from the date of the entry of this preliminary injunction and will have seven days from the date of the entry of this preliminary injunction to remove any reference to the EverChain Intelligence product or similar functionality within any EverChain platform (including its Recovery Platform) from its website and social media accounts, and any other advertisement or marketing material.

3.  Nothing in this Preliminary Injunction will affect or limit EverChain's ability to continue to offer its core service of brokering the sale and purchase of debts through the EverChain Recovery Platform provided that no information or data within the scope of the Preliminary Injunction as described above is included within the EverChain Recovery Platform.

## III.    Conclusion

The parties agree that this Preliminary Injunction will remain in full force and effect for the entire pendency of the underlying litigation, including during any appeal or the time period in which an appeal can be perfected unless set aside, vacated, or amended by the court, or as may otherwise be agreed to in writing by the parties.

By agreeing to this preliminary injunction, the parties are not waiving their rights to seek any other form of relief of any kind or nature whatsoever.

Dated:  September 4, 2025

_____
Cristina D. Silva
United States District Judge