Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel, Esq.
Nevada Bar No. 3416
**REISMAN SOROKAC**
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Telephone: (702) 727-6258
Facsimile: (702) 446-6756
Email: jreisman@rsnvlaw.com
Email: lgarfinkel@rsnvlaw.com

Dara C. Tarkowski, Esq. (*admitted pro hac vice*)
Douglas A. Albritton Esq. (*admitted pro hac vice*)
Peter G. Hawkins Esq. (*admitted pro hac vice*)
**ACTUATE LAW, LLC**
641 West Lake Street, 5th Floor
Chicago, Illinois 60661
Telephone (312) 579-3135
Facsimile: (312) 579-3113
Email: dara.tarkowski@actuatelaw.com
Email: doug.albritton@actuatelaw.com
Email: peter.hawkins@actuatelaw.com
*Attorneys for Plaintiff EQUABLI, INC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EQUABLI, INC., | CASE NO.  2:25-cv-01444-CDS-MDC |
| Plaintiff | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| EVERCHAIN  LLC, | |
| Defendant | |

//

//

//

//

//

//

//

The parties, by and through their undersigned counsel, and in accordance with LR IA 6-2, and LR 7-1, and having reached a resolution and having agreed to the entry of a final injunction (Dkt. 32), hereby stipulate and agree that this litigation be dismissed with prejudice, with each party to bear their own attorneys' fees and costs. The Court shall retain jurisdiction over this matter for purposes of enforcing the terms of the parties' settlement agreement.

DATED this 3rd day of February 2026.

**REISMAN·SOROKAC**

BY: /s/ *Louis E. Garfinkel, Esq.*
Joshua H. Reisman, Esq.
Nevada Bar No. 7152
Louis E. Garfinkel
Nevada Bar No. 3416
REISMAN SOROKAC
8965 South Eastern Avenue, Suite 382
Las Vegas, Nevada 89123
Email: jreisman@rsnvlaw.com
Email: lgarfinkel@rsnvlaw.com

Dara C. Tarkowski (*admitted pro hac vice*)
Douglas A. Albritton (*admitted pro hac vice*)
Peter G. Hawkins (*admitted pro hac vice*)
ACTUATE LAW, LLC
641 West Lake Street, 5th Floor
Chicago, Illinois 60661
Email: dara.tarkowski@actuatelaw.com
Email: doug.albritton@actuatelaw.com
Email: peter.hawkins@actuatelaw.com
*Attorneys for Plaintiff EQUABLI, INC.*

DATED this 3rd day of February 2026.

**SESSIONS, ISRAEL & SHARTLE, LLP**

BY: /s/ *James K. Schultz, Esq.*
James K. Schultz, Esq.
Nevada Bar No. 10219
SESSIONS, ISRAEL & SHARTLE, LLP
1550 Hotel Circle North, Suite 260
San Diego, CA 92108
Email: jschultz@sessions.legal

Shannon G. Splaine, Esq.
Nevada Bar No. 8241
LINCOLN, GUSTAFSON & CERCOS, LLP
7670 W Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Email: ssplaine@lgclawoffice.com
*Attorneys for Defendant EVERCHAIN LLC*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 3, 2026

REISMAN·SOROKAC
8965 SOUTH EASTERN AVENUE, SUITE 382
LAS VEGAS, NEVADA 89123
PHONE: (702) 727-6258 FAX: (702) 446-6756

2